# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ROBIN BLACK,**<br><br>Plaintiff,<br><br>v.<br><br>**BOTTOM LINE CONCEPT, LLC,**<br><br>Defendant. | Civil Action No.<br>4:23-CV-00553-SGC |

## CORPORATE DISCLOSURE STATEMENT

Defendant Bottom Line Concept, LLC ("Bottom Line"), pursuant to Fed. R. Civ. P. 7.1 submits this Disclosure Statement, and states: Defendant Bottom Line has no parent company and no publicly held corporation owns 10% or more of Bottom Line's stock.

Respectfully submitted this 2nd day of May, 2023.

/s/ *Brandi B. Frederick*
Brandi B. Frederick (ASB-4725-B59B)
Attorney for Defendant Bottom Line Concept, LLC

OF COUNSEL:

Austill Lewis Pipkin & Maddox, P.C.
600 Century Park South, Suite 100
Birmingham, AL 35226
(205) 870-3767 phone
(205) 870-3768 fax
bfrederick@maplaw.com

Robin Black v. Bottom Line Concept, LLC
Civil Action No.: 4:23-CV-00553-SGC
*Corporate Disclosure Statement*

## CERTIFICATE OF SERVICE

 I hereby certify that, on the 2nd day of May, 2023, I have served a copy of the above and foregoing on counsel for all parties by United States Certified Mail, upon the following:

> Robin Black
> 1812 AL Ave NW
> Fort Payne, AL 35967

        s/ *Brandi B. Frederick*
        OF COUNSEL