Case 4:23-cv-00553-SGC   Document 8   Filed 05/23/23   Page 1 of 2

DocuSign Envelope ID: B80C67F5-DF96-48B8-A0E5-84A289F6E856

FILED
2023 May-23 PM 02:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ROBIN BLACK,<br><br>Plaintiff,<br><br>v.<br><br>BOTTOM LINE CONCEPTS, LLC,<br><br>Defendant. | Civil Action No.<br>4:23-CV-00553-SGC |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action without prejudice, each party to bear their own fees and costs, including all attorney's fees.

Respectfully submitted this 23 day of May, 2023.

/s/ Robin Black
Robin Black
Pro Se Plaintiff
1812 AL Ave. NW
Ft. Payne, AL 35967
(615) 519-8324

/s/ Brandi B. Frederick
Brandi B. Frederick (ASB-4725-B59B)
Attorney for Defendant Bottom Line
Concepts, LLC

OF COUNSEL:

Austill Lewis Pipkin & Maddox, P.C.
600 Century Park South, Suite 100
Birmingham, AL 35226
(205) 870-3767 phone
(205) 870-3768 fax
bfrederick@maplaw.com

Robin Black v. Bottom Line Concepts, LLC
Civil Action No.: 4:23-CV-00553-SGC
*Joint Stipulation of Dismissal*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23 day of May, 2023, I have served a copy of the above and foregoing on counsel for all parties by United States Certified Mail, upon the following:

>Robin Black
>1812 AL Ave NW
>Fort Payne, AL 35967

_____
OF COUNSEL